LYNDSEY HEATON,  (SBN 262883)
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
525 B STREET,  22ND FLOOR
SAN DIEGO,  CA   92101
619-238-1900
Atty. File No.:  136026-00000001

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PETITIONER    : IN RE: DMCA SUBPOENA TO REDDIT INC. | | Case No. :  3:26-MC-80129-LJC |
| RESPONDENT    : | | **PROOF OF SERVICE** |

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the  DECLARATION OF ALIREZA SHAFIEI; DECLARATION OF ALEX E. JONES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; MOTION TO COMPEL RESPONSE TO DMCA SUBPOENA PURSUANT TO 17 U.S.C. 512(H); CIVIL STANDING ORDER FOR MAGISTRATE JUDGE LISA J. CISNEROS; CIVIL DOCKET

3.    a.  Party Served    :  REDDIT INC.
          AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
      b.  Person Served  :  REBECCA VANG, INTAKE SPECIALIST
          (AUTHORIZED TO ACCEPT FOR CSC-LAWYERS INCORPORATING SERVICE)

4.    Address where the party was served:  2710 GATEWAY OAKS DRIVE      SUITE 150N
          SACRAMENTO, CA  95833   (Business)

5.    I served the party
      a.  **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1)  on  April 30, 2026  (2)  at: 01:40 PM

6.    Witness fees were not demanded and were not paid.

7.    **Person who served papers**
      a.  KEIANNA HOSTETLER                              d.   Fee For Service :  $ 118.40
      b.  KNOX ATTORNEY SERVICE, INC.                    e.   I am
          2020 CAMINO DEL RIO N. #700                           (3)  a registered California process server
          SAN DIEGO, CA 92108                                        (i)   an independent contractor
      c.  619-233-9700                                               (ii)  Registration No.: 2025-048
                                                                      (iii) County:  SACRAMENTO

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  May  1, 2026                       Signature:  _____
                                                              KEIANNA HOSTETLER

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)                **PROOF OF SERVICE**                Ref. No. :  1681746-01