**PERKINS COIE LLP**
Timothy M. Carter, Bar No. 335212
TCarter@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

*Attorney for Reddit, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: DMCA Subpoena to Reddit, Inc.* | Case No. 3:26-mc-80129-LJC |
| | **ORDER GRANTING REDDIT, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT – DKT. 11-1** |
| | Judge:  Hon. Lisa J. Cisneros |

Upon consideration of Non-Party Reddit, Inc.'s Unopposed Administrative Motion to Remove Incorrectly Filed Document, and for good cause shown, the Clerk shall remove Docket No. 11-1 from Case No. 3:26-MC-80129-LJC.

IT IS SO ORDERED.

Dated: July 1, 2026.

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge